IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARVIN MCKINNIE, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:19-cv-394-E-BN |
| KARZILLA, LLC, | § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case on Plaintiff's Motion for Partial Summary Judgment (Doc. No. 36). Plaintiff filed objections. The Court has conducted a de novo review of those portions of the findings, conclusions and recommendation to which an objection was made and has reviewed the remaining portions of the findings, conclusions and recommendation for plain error. The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Plaintiff's motion for summary judgment on his Truth-in-Lending Act claim is denied, and Plaintiff's motion for summary judgment on Defendant's abandonment of its bona fide error defense is granted.

1

**SO ORDERED** this 11th day of August, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE